COPY

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>O'Ryan Darrell Jones<br>a/k/a ORyan Jones<br>a/k/a Ryan Jones<br><br>*Defendant* | )<br>)  Case No.  4:23cr9<br>)  *FID 2788719*<br>)  *DSS*<br>)<br>) |

*RECEIVED UNITED STATES MARSHAL 2023 FEB 22 A 10: 17 EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  O'Ryan Darrell Jones a/k/a ORyan Jones a/k/a Ryan Jones

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.18:1542 - False Statement in Application for Passport

Date: 02/22/2023

*/s/ O. Brandt*
*Issuing officer's signature*

City and state: Norfolk, VA

Mark R. Colombell, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* Feb 22, 2023, and the person was arrested on *(date)* MAR 29, 2023
at *(city and state)* Newport News, VA

Date: MAR 29, 2023

*Arresting officer's signature*

Kadair Green Sr  Special Agent
*Printed name and title*