**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

*Newport News Division*

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 4:23-cr-9 |
| O'RYAN DARRELL JONES,<br>a/k/a ORYAN JONES,<br>a/k/a RYAN JONES, | |
| Defendant. | |

**UNITED STATES' TRIAL EXHIBIT LIST**

| *No.* | *Exhibit* | *Admit* |
|---|---|---|
| 1 | Application for a U.S. Passport #685059169 in the Name of O'Ryan Darrell Jones, Dated 3/24/21 | Witness:<br>Date:<br>Admit: |
| 2 | United States Department of State Correspondence re: Application #685059169, Dated 4/14/21 and 3/22/22 | Witness:<br>Date:<br>Admit: |
| 3 | Application for a U.S. Passport #694051891 in the name of Kenneth Lamont Jones, dated 9/9/22 | Witness:<br>Date:<br>Admit: |
| 4 | Application for a U.S. Passport – Form DS-11 04-2022 (with instructions) | Witness:<br>Date:<br>Admit: |
| 5 | Virginia DMV Photo History for O'Ryan Jones (ending in -6477) | Witness:<br>Date:<br>Admit: |
| 6 | Virginia DMV Photo History for Kenneth Jones (ending in -1857) | Witness:<br>Date:<br>Admit: |
| 7 | United States Department of State Photo Comparison | Witness:<br>Date:<br>Admit: |
| 8 | Virginia DMV Certified Records for O'Ryan Jones (ending in -6477) | Witness:<br>Date:<br>Admit: |
| 9 | Virginia DMV Certified Record for 8/30/22 Application for Kenneth Jones (ending in -1857) | Witness:<br>Date:<br>Admit: |
| 10 | O'Ryan Jones Written Statement, Dated 1/26/23 | Witness:<br>Date:<br>Admit: |

-2-

| *No.* | *Exhibit* | *Admit* |
|---|---|---|
| 11 | Certified KPM LLC Records re: 900 Lakefront Commons #9223, O'Ryan Jones, and Kenneth Jones (Excerpt) | Witness:<br>Date:<br>Admit: |

                      Respectfully submitted,

                      Jessica D. Aber
                      United States Attorney

By:          */s/*
            Julie D. Podlesni (VSB #77198) |
            Brian J. Samuels (VSB #65898)
            Assistant United States Attorneys
            Office of the United States Attorney
            721 Lakefront Commons, Suite 300
            Newport News, Virginia 23606
            Tel. (757) 591-4000 | Fax (757) 591-0866
            Julie.Podlesni@usdoj.gov
            Brian.Samuels@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July 2023, I filed a copy of the foregoing with the Clerk of Court via CM/ECF, which will send a notification to counsel.

                               /s/
Brian J. Samuels
Assistant United States Attorney